# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2369

_____

S.H., Individually and on behalf
of her minor children A.O. and
C.O.,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Coleman L. Robinson, Judge.

December 19, 2025

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

WINOKUR, NORDBY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

S.H., pro se, Appellant.

Sarah J. Rumph, Children's Legal Services, for Appellee; Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Mercy Almaguer, Senior Attorney, Statewide Guardian ad Litem Office, Tallahassee, for Statewide Guardian ad Litem.